## Paskman et al., Appellants, *v.* Kaiser.

Argued December 3, 1973. *Joseph Lurie,* with him *Galfand, Berger, Senesky, Lurie & March,* for appellants; *Dean B. Stewart, Jr.,* with him *McTighe, Brown, Weiss, Bonner & Stewart,* for appellees.

Order affirmed.

SPAULDING, J., absent.